HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DOROTHY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00110-AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| DOROTHY BROWN, | DATE: January 11, 2016 |
| | TIME:   10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Patrick R. Delahunty, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant, that the sentencing hearing currently set for December 14, 2015 at 10:00 a.m., before the Honorable Anthony W. Ishii, **may be continued to January 11, 2016 at 10:00 a.m.**

This stipulation is proposed by counsel for defendant because she has been unavailable due to her illness and hospitalization.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: October 27, 2015         */s/ Patrick R. Delahunty*
                                PATRICK R. DELAHUNTY
                                Assistant United States Attorney
                                Attorney for Plaintiff

1

1
2                                                HEATHER E. WILLIAMS
                                                 Federal Defender
3
4   Dated:  October 27, 2015              */s/ Victor M. Chavez*
                                                 VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
5                                                Attorney for Defendant
                                                 DOROTHY BROWN
6
7
8                                      **O R D E R**
9
10  IT IS SO ORDERED.
11  Dated:   October 27, 2015
                                                 SENIOR  DISTRICT  JUDGE
12
13
14
...
28

2