Report and Order Terminating Probation
Prior to Original Expiration Date - Notice of Death

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **Docket No:   1:14CR-00110-001** |
| **Dorothy Ortha Brown** | ) | |

On January 11, 2016, the above-named was sentenced to Probation for a period of 3 years and supervision commenced on that date.

On May 18, 2016, our office verified by obtaining the death certificate that Dorothy Ortha Brown was confirmed dead by Stanislaus County on February 28, 2016 (copy of the notification is on file).   It is accordingly recommended this case be closed.

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
Sr. United States Probation Officer

Dated:    May 23, 2016
         Modesto, California
         LMW/lr/sda

**REVIEWED BY:       Ronnie Preap**
**                   Sr. United States Probation Officer**

PROB 35A DEATH (ED/CA)

Re:     Dorothy Ortha Brown
        Docket No:    1:14CR-00110-001
        **Report and Order Terminating Probation**
        **Prior To Original Expiration Date - Notice of Death**

---

# ORDER OF COURT

It appearing that Dorothy Ortha Brown is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   May 24, 2016                              _____
                                                      SENIOR   DISTRICT   JUDGE

Rev. 06/2015
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).DOTX